■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE WIATROWSKI, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. Motion to enlarge time granted. The appellant's time to perfect the appeal is enlarged to the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Motion for assignment of counsel granted. James J. O'Donnell, Esq., 98 Nepperhan Avenue, Yonkers, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WISE, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. Motion for assignment of counsel granted. Irving M. Kramer, 350 Broadway, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld and Christ, JJ., concur; Beldock, J., dissents and votes to deny the motion, with the following memorandum: From the papers submitted it affirmatively appears as matter of law that there is no merit in the appeal, since the issues now raised could have been raised on an appeal by defendant from the judgment of conviction.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRISON TARVER, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion for leave to appeal as a poor person and for assignment of counsel denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT TUCKER, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Application for leave to appeal as a poor person from an order of the Supreme Court, Dutchess County, dismissing a writ of habeas corpus, denied, without prejudice to renewal on proper papers. Appellant, who was imprisoned after conviction of a felony, asserts that he is being unlawfully detained after the expiration of the term of imprisonment prescribed by the judgment against him. The petition is not supported by the certificate required by rule 35 of the Rules of Civil Practice, nor does the petition state facts sufficient to establish that the appeal has arguable merit. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ SOL ROSEN, Respondent, v. BERTHA SHEAR et al., Appellants.— Motion [two decisions] to dismiss appeal denied on condition that appellants argue or submit the appeal on October 31, 1960, for which day the appeal is ordered to be placed on the calendar peremptorily against appellants. The record and appellants' brief must be served and filed on or before October 17, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.